UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

2328 FAIRVIEW CONDOMINIUM
ASSOCIATION, a Washington non-profit
corporation,

Plaintiff,

v.

CONTINENTAL WESTERN
INSURANCE COMPANY, an Iowa
corporation; and DOE INSURANCE
COMPANIES 1-10,

Defendants.

_____

2328 FAIRVIEW CONDOMINIUM
ASSOCIATION, a Washington non-profit
corporation,

Plaintiff,

v.

GREAT AMERICAN INSURANCE
COMPANY, *et al.*,

Defendants.

CASE NO. C16-1722RSM

**ORDER GRANTING UNOPPOSED
MOTION TO CONSOLIDATE
AND DENYING MOTION TO
CONTINUE TRIAL AND CASE
SCHEDULE**

CASE NO. C16-1873RSM

Upon review of the unopposed motion to consolidate filed in the above matters, the Court GRANTS Defendants' motion (Dkt. #16). Accordingly, *2328 Fairview Condominium Association v. Continental Western Insurance Company, et al.*, Case No. C16-1722RSM, and *2328 Fairview Condominium Association v. Great American Insurance Co., et al.*, Case No. C16-1873RSM, shall be CONSOLIDATED. **All future documents shall be filed only under the consolidated cause number C16-1722RSM, and shall not be filed under other cause numbers**.

At this time, the Court DENIES Defendants' motion to continue the trial date and remaining pretrial deadlines. Dkt. #16 at 2-6. Defendants offer a host of reasons for their request, centering primarily on alleged discovery disputes. Yet Defendants have never filed specific discovery-related motions in these consolidated matters. Further, Defendants raise alleged conflicts with the current trial date, yet they previously agreed that the matters would be ready for trial after December 2017, and did not raise any objections to the trial date of January 8, 2017, when the Court's Scheduling Order was issued on January 6, 2017, or at any time soon thereafter. In addition, the Court agrees that a lengthy trial delay could prejudice Plaintiff's members. *See* Dkt. #22 at ¶ 3. As a result, the Court finds that Defendants have failed to demonstrate good cause for an extension of the trial date or pretrial deadlines at this time.

DATED this 4th day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE