UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 2328 FAIRVIEW CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>              Plaintiff,<br>v.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>              Defendants. | No: 2:16-cv-01722-RSM<br><br>**STIPULATED MOTION AND ORDER TO AMEND GREAT AMERICAN COMPLAINT** |
| 2328 FAIRVIEW CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>              Plaintiff,<br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY, a Ohio Corporation; AMERICAN FIRE & CASUALTY COMPANY, a New Hampshire Corporation; AMERICAN ECONOMY INSURANCE COMPANY, a Massachusetts Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation<br><br>              Defendants. | |

## I. STIPULATION

1. Based off secondary evidence of insurance Plaintiff 2328 Fairview Condominium Association (the "Association") tendered to Great American Insurance Company Policy No. SPP9964688. Liberty Mutual responded to the tender on behalf of Great American and entered into a tolling agreement listing Great American as the entity insuring the Association. Upon expiration of the tolling agreement, the Association filed suit against Great American Insurance Company, Policy No. SPP9964688.

2. After the deadline to Amend pleadings, the attorney for Great American located and provided the Association with a policy listing American Alliance Insurance Company ("AAIC") as the insurer. The policy lists AAIC as a "Great American Insurance Group Company." The policy number for the AAIC policy is the same as listed in the Association's Complaint.

3. The parties recognize that AAIC should be substituted for Great American, and request permission to Amend the Complaint only to make this change. The proposed Amended Complaint is attached as Exhibit A. The parties recognize that no change in the case schedule is required as a result of the amendment, and that this is a small administrative error that should be fixed.

DATED: August 18, 2017    By /s/ Daniel Stein
Justin Sudweeks, WSBA #28755
Daniel Stein, WSBA #48739
Stein, Sudweeks & Houser, PLLC
Attorneys for Plaintiff 2328 Fairview Condominium Association

DATED: August 18, 2017    By /s/ Daniel Stein, WSBA #48739 for Michael McCormack via Email Authorization Received 08/18/17
Michael McCormack
BULLIVANT HOUSER BAILEY PC
Attorneys for Defendant Great American Insurance Company, American Economy Insurance Company, American Fire and Casualty Company, Liberty Mutual Insurance Company

DATED: August 18, 2017    By */s/ Daniel Stein, WSBA #48739 for Lisa Neal via Email Authorization Received 08/18/17*
Lisa Neal WSBA # 25686
Wilson Smith Cochran & Dickerson
Attorney for Defendant Continental Western Insurance Company

## II.    ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1)    The Association's Motion to Amend Complaint is GRANTED.

DONE IN OPEN COURT this 21 day of August, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented:

By */s/ Daniel Stein*
Justin Sudweeks, WSBA #28755
Daniel Houser, WSBA #32327
Daniel Stein, WSBA #48739
Stein, Sudweeks & Houser, PLLC
Attorneys for Plaintiff 2328 Fairview Condominium Association

By By */s/ Daniel Stein, WSBA #48739 for Michael McCormack via Email Authorization Received 08/18/17*
Michael McCormack, WSBA #15006
BULLIVANT HOUSER BAILEY PC
Attorneys for Defendant Great American Insurance Company, American Economy Insurance Company, American Fire and Casualty Company, Liberty Mutual Insurance Company

By */s/ Daniel Stein, WSBA #48739 for Lisa Neal via Email Authorization Received 08/18/17*
Lisa Neal WSBA # 25686
Wilson Smith Cochran & Dickerson
Attorney for Defendant Continental Western Insurance Company

STIPULATED MOTION AND ORDER TO AMEND GREAT AMERICAN COMPLAINT (2:16-cv-01722-RSM) - 4

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660